UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-00712 |
| | § | |
| $14,330.00 IN U.S. CURRENCY | § | |
| Defendants | § | |

### GOVERNMENT'S CERTIFICATE OF
### PERSONS WITH FINANCIAL INTEREST

I certify that United States of America, Plaintiff, and potential claimant Syed Ali Jaffery have a financial interest in the outcome of this litigation.

                                                      Respectfully submitted,

                                                      José Angel Moreno
                                                     United States Attorney

                                                     By: /s/ Albert Ratliff
                                                   Albert Ratliff
                                                   Attorney-in-Charge
                                                   NY Bar No. 1073907
                                                   SDTX Bar No. 6764
                                                   Assistant United States Attorney
                                                   United States Attorney's Office
                                                   P. O. Box 61129
                                                   Houston, Texas  77208
                                                   (713) 567-9579
                                                   FAX (713) 718-3300