UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

APR  8 2010

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO: 4:10-CV-00712 |
| § | |
| $14,330.00 IN U.S. CURRENCY § | |
| Defendant § | |

## CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Claimant NAJMUL H. MOMIN, and pursuant to Rule G(5)(a) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, files this verified Claim, stating as follows:

1. Claimant NAJMUL H. MOMIN is the owner of $1,943.00 of the approximately $14,330.00 seized currency.

2. Claimant was part of a group undertaking an annual Arbaeen (Pilgrimage) to Karbala, Iraq and Damascus, Syria . Travel arrangements for the Arbaeen was made by his friend, SYED TAQUI JAFFERY, a travel agent. Part of the expenses of the tour had to be paid in cash to the agent in Karbala upon their arrival.

3. On the day of their flight out of Houston, Claimant entrusted $1,943.00 in cash at the airport to SYED TAQUI JAFFERY, who will deal with and pay the travel agent in Karbala on the group's behalf upon their arrival.  Mr. JAFFERY was the last person in the group to board the plane as he had to make sure no one was left behind. When Mr. JAFFERY was questioned by Customs authorities at pre-boarding, Claimant had already boarded the plane.

4. The seized currency is not, and is not traceable to, the proceeds of any criminal activity.

Under penalty of perjury, I, NAJMUL H. MOMIN do solemnly swear that the contents of this CLAIM are true and correct to the best of my knowledge.

*Najmul H. Momin*
NAJMUL H. MOMIN
9410 Harwin Drive
Houston. TX 77036
Tel: 713.266.4343

SUBSCRIBED AND SWORN TO BEFORE ME THIS __8th__ day of April, 2010

*Carmina Anna Catalan*



CARMINA ANNA A. CATALAN
Notary Public, State of Texas
My Commission Expires
March 25, 2014

NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I certify that on __4-8-10__ a true and correct copy of the foregoing was delivered to the following by first class mail postage prepaid and by facsimile transmission.

Albert Ratliff
Assistant US Attorney
P.O. Box 61129
Houston, Texas 77208-1129
FAX (713) 718-3300

*Najmul H. Momin*
NAJMUL H. MOMIN