United States District Court
Southern District of Texas
FILED

APR 8 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO: 4:10-CV-00712 |
| § | |
| $14,330.00 IN U.S. CURRENCY § | |
| Defendant § | |

## CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

     Comes now Claimant SYED TAQUI JAFFERY, and pursuant to Rule G(5)(a) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, files this verified Claim, stating as follows:

1. Claimant SYED TAQUI JAFFERY, is the owner of $3,565.00 of the approximately $14,330.00 seized currency.

2. Claimant SYED TAQUI JAFFERY, a travel agent, had made the travel arrangements for several friends and their family for their annual Arbaeen (Pilgrimage) to Karbala, Iraq and Damascus, Syria. Part of the expenses of the tour had to be paid in cash to the agent in Karbala upon their arrival.

3. On the day of their flight out of Houston, several members of their group, specifically ALI RAZA MEHDI, SAJID MASTER, AND NAJMUL MOMIN, entrusted their cash to Claimant SYED TAQUI JAFFERY, and another traveler EJAZ MAKKANI, previously entrusted his cash to Claimant SYED TAQUI JAFFERY, who will deal with and pay the travel agent in Karbala on behalf of the entire group upon their arrival. Claimant SYED TAQUI JAFFERY was the last person in the group to board the plane as he had to make sure no one was left behind. When he was questioned by Customs authorities at pre-boarding, the others in the group had already boarded the plane and he was the last member in the group yet to board. The specific amounts entrusted are as follows:

| NAME | AMOUNT |
|---|---|
| ALI RAZA MEHDI | $1,500.00 |
| SAJID MASTER | $1,943.00 |

NAJMUL MOMIN          $1,943.00
EJAZ MAKKANI          $5,379.00

4. The seized currency is not, and is not traceable to, the proceeds of any criminal activity.

Under penalty of perjury, I, SYED TAQUI JAFFERY do solemnly swear that the contents of this CLAIM are true and correct to the best of my knowledge.

_____
SYED TAQUI JAFFERY
7014 Monarch Lake Lane
Katy, TX 77494
(832) 859-3714

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____7th____ day of April, 2010



NOTARY PUBLIC

CARMINA ANNA A. CATALAN
Notary Public, State of Texas
My Commission Expires
March 25, 2014

## CERTIFICATE OF SERVICE

I certify that on __4/7/10__ a true and correct copy of the foregoing was delivered to the following by first class mail postage prepaid and by facsimile transmission.

Albert Ratliff
Assistant US Attorney
P.O. Box 61129
Houston, Texas 77208-1129
Fax: 713.718.3300

_____
SYED TAQUI JAFFERY