UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 2 8 2010

Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO: 4:10-CV-00712 |
| $14,330.00 IN U.S. CURRENCY<br>Defendant | §<br>§<br>§ | |

## ANSWER OF ALI REZA MEHDI TO THE
## VERIFIED COMPLAINT FOR FORFEITURE IN REM
## AND DEMAND FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Claimant ALI REZA MEHDI, by and through the undersigned attorney, respectfully files this Answer to the Verified Complaint for Forefeiture in Rem and Demand for Jury Trial, and in support thereof would show:

1. The allegation in paragraph 1 of the Complaint, Nature of the Action, is admitted.

2. The allegation in paragraph 2 of the Verified Complaint, identifying $14,330.00 as Defendant in Rem, is admitted.

3. The allegations in paragraphs 3 and 4 of the Complaint as to jurisdiction and venue are legal conclusions and are denied.

4. Claimant denies the first sentence of paragraph 5 alleging that the Defendant in rem $14,330.00 is subject to forfeiture.

5. Claimant is without knowledge or information sufficient to form a belief about the allegations in paragraph 6 of the Complaint.

6. Claimant is without knowledge or information sufficient to form a belief about the allegations in paragraph 7 of the Complaint.

7. Claimant did not know of the conduct alleged in the Complaint giving rise to forfeiture of the Defendant in Rem Property. Claimant did not become aware of the allegations in the Complaint until after the Defendant in Rem Property was seized by the United States.

8. Claimant asserts the affirmative defense pursuant to 18 U.S.C. § 983(d), that Claimant is an innocent owner of $1,500.00 of the Defendant in Rem Property, which is not, nor is it traceable to, the proceeds of any criminal offense.

9. Claimant asserts the affirmative defense that the forfeiture is an excessive fine in violation of the 8th amendment. The offense was solely one of reporting; the violation was unrelated to any other illegal activities; the claimant does not fit into the class of persons [money launderers, drug traffickers, tax evaders, etc.] for whom the statute was principally designed, and the harm caused by the defendant's action--depriving the government of information--was minimal..

10. Claimant requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, ALI REZA MEHDI, Claimant, respectfully requests that the Court enter judgment that Plaintiff, the United States, take nothing, and enter judgment in favor of Claimant, and award Claimant all other relief to which he may be justly entitled

> Respectfully Submitted,
> LAW OFFICE OF DIANA P. ATENCIA
> 10101 Southwest Freeway Suite 650
> Houston, Texas 77074
> Telephone No. : (713) 774-1660
> Fax No.: (713) 774-1661
> BY:
>
> Diana P. Atencia
> SDTX No. 21112
> Tx Bar No.: 24034231
> ATTORNEY FOR DEFENDANT-CLAIMANT
> ALI REZA MEHDI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of APRIL, 2010, a true and correct copy of the foregoing *Answer of ALI REZA MEHDI to Complaint for Forfeiture In Rem and Demand for Jury Trial* and attached *Affidavit of ALI REZA MEHDI* was sent to the following parties by regular mail and facsimile transmission.
Albert Ratliff
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208-1129
Fax No. (713) 718-3300
Attorney for the United States, Plaintiff

Diana P. Atencia

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO: 4:10-CV-00712 |
| $14,330.00 IN U.S. CURRENCY<br>Defendant | §<br>§<br>§ | |

AFFIDAVIT OF ALI REZA MEHDI

I have reviewed the Answer to the Verified Complaint For Forfeiture In Rem And Demand For Jury Trial filed on my behalf, and solemnly swear that its contents are based on my personal knowledge, where applicable, and are true and correct.

_____
ALI REZA MEHDI

STATE OF TEXAS        §
COUNTY OF HARRIS      §

Subscribed and sworn to before me this _____ day of April, 2010, by ALI REZA MEHDI, known to me as witnessed by my hand and official seal of office.

CARMINA ANNA A. CATALAN
Notary Public, State of Texas
My Commission Expires
March 25, 2014

NOTARY PUBLIC

_____